KNOX CITY, Appellant, v. ROBERT WHITE, Respondent.

St. Louis Court of Appeals, November 24, 1885.

MUNICIPAL CORPORATIONS—LICENSE TAXES—PUBLIC SCALES.—Chapter eighty-nine of the Revised Statutes confers no power on a village incorporated thereunder to impose a license tax for the privilege of keeping a public scale.

APPEAL from the Knox County Circuit Court, BEN. E. TURNER, Judge.

*Affirmed.*

W. C. HOLLISTER, and CHESNEY & SANDERS, for the appellant.

L. F. COTTEY, for the respondent.

ROMBAUER, J., delivered the opinion of the court.

This cause is identical in all its features, with *Knox City v. Thompson (ante,* p. 523), wherein the same town is the plaintiff and William T. Thompson is the defendant. The only difference between the two cases is that in the latter case, the license tax sought to be enforced was one that imposed upon the defendant a charge of two dollars per six calendar months for the privilege of running a wagon for hire, and in this it is one that imposed upon the defendant a charge of two dollars and fifty cents per annum, for keeping a public scale.

In conformity with our ruling in the above case the judgment of the trial court in this case must be affirmed, and is affirmed with the concurrence of all the judges.